## LEON BELL *v.* COMMISSIONER OF CORRECTION
## (AC 31818)

Lavine, Alvord and Bear, Js.

Submitted on briefs September 9—officially released September 27, 2011

Per Curiam. The appeal is dismissed.

## KEVIN VERTEFEUILLE *v.* COMMISSIONER
## OF CORRECTION
## (AC 32491)

Robinson, Alvord and West, Js.

Argued September 13—officially released October 11, 2011

Per Curiam. The appeal is dismissed.

## CITIBANK (SOUTH DAKOTA) N.A.
## *v.* JOAN A. WELCH
## (AC 32394)

Lavine, Espinosa and Borden, Js.

Submitted on briefs September 20—officially released October 11, 2011

Per Curiam. The judgment is affirmed.